

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 0 3 2009

*************************************************************************

| | * | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 09-40102 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JOSE RANGEL-GUERRERO, a/k/a Refugio C Lopez Lopez, | * | |
| Defendant. | * | |

*************************************************************************

Pending before the Court is the Defendant's Petition to Enter a Plea of Guilty and Factual Basis Statement. A hearing to take the plea was held before the Magistrate Judge on November 13, 2009, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Indictment with Transporting Illegal Aliens in violation of 8 U.S.C. §§ 1324(a)(I)(A)(ii) and (a)(II). After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Jose Rangel-Guerrero is adjudged guilty.

Dated this 3rd day of December, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summer Walker
       DEPUTY